372 A.2d 422

Commonwealth v. Hersh, Appellant.

Submitted February 9, 1976. Stephen Marcincin, and Marcincin & Litzenberger, for appellant; John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 422

Commonwealth v. Hunter, Appellant.

Submitted November 18, 1975. Ralph J. Cappy, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, and John J. Hickton, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.